UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA CHENETTE,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

                                                      /

CASE NO.

### PLAINTIFF'S VERIFIED COMPLAINT

COMES NOW the Plaintiff, BARBARA CHENETTE ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, ENHANCED RECOVERY CORPORATION ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Cape Coral, Lee County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Tallahassee, Florida.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. In or around February of 2013, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged debt arising from transactions for personal, household, and/or family purposes.

10. Defendant called Plaintiff's telephone number at 239-339-72XX.

11. Defendant calls Plaintiff from telephone number 800-493-0791.

12. Defendant placed an excessive amount of calls to Plaintiff and would call approximately every day, and on some occasions would call more than once per day.

13. In February of 2013, Defendant's representative, "Latoya" placed a collection call to Plaintiff's son's telephone number 860-647-78XX.

14. During the conversation in February of 2013, Defendant's representative, "Latoya" spoke with Plaintiff's daughter in law, Nancy Chenette, and disclosed to Mrs.

Chenette that Defendant was attempting to contact Plaintiff regarding a debt.

15. In the telephone conversation with Plaintiff's daughter in law, Defendant's representative left a call back number of 800-493-0791, extension 1071, a number which belongs to Defendant.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a. Defendant violated §1692c(b) of the FDCPA when Defendant communicated information regarding the alleged debt with third parties.

   b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

   c. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff by calling Plaintiff on a daily basis multiple times a day.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: *[signature]*
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax:  (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF LEE)

Plaintiff, CHENETTE BARBARA, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, CHENETTE BARBARA, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 5-21-13                      *Barbara Chenette*
                                    CHENETTE BARBARA
                                    Plaintiff

VERIFIED COMPLAINT                                              5