**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

BARBARA CHENETTE,

     Plaintiff,                                 CASE NO. 2:13-cv-00376-UA-SPC

v.

ENHANCED RECOVERY COMPANY, LLC,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, BARBARA CHENETTE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                     RESPECTFULLY SUBMITTED,

                    By:  /s/ Shireen Hormozdi
                      Shireen Hormozdi
                      Krohn & Moss, Ltd
                      10474 Santa Monica Blvd., Suite 405
                      Los Angeles, CA 90025
                      Phone:  (323) 988-2400 ext. 267
                      Fax:    (866) 802-0021
                      Attorney for Plaintiff
                      FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff

NOTICE OF SETTLEMENT