**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**


BARBARA CHENETTE,

     Plaintiff,

v.                                                     Case No:  2:13-cv-376-FtM-38UAM

ENHANCED RECOVERY
COMPANY, LLC,

     Defendant.
_____/

## **ORDER**

This matter comes before the Court on the Plaintiff Barbara Chenette's Notice of Settlement (Doc. #9) filed on June 25, 2013.  This Court has now been advised by Plaintiff's Counsel that the above action has been settled.  The Plaintiff states that the settlement agreement should be finalized within sixty (60) days of the Notice.

Accordingly, it is hereby

**ORDERED**:

That this cause is **DISMISSED** subject to the right of any party, up to and including **August 28, 2013**, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause.  *See*, Local Rule 3.08(b).

1. All pending motions (if any) are hereby denied as moot.
2. The Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the case. After **August 28, 2013**, however, without further notice or order, this dismissal shall be deemed *with prejudice*.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record