UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA CHENETTE,

    Plaintiff,                                            CASE NO. 2:13-cv-00376-UA-SPC

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

BARBARA CHENETTE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, ENHANCED RECOVERY COMPANY, LLC (Defendant), in this case.

DATED:  August 14, 2013        RESPECTFULLY SUBMITTED,

                                                  By:  /s/ Shireen Hormozdi

                                                  Shireen Hormozdi
                                                  Krohn & Moss, Ltd
                                                  10474 Santa Monica Blvd., Suite 405
                                                  Los Angeles, CA 90025
                                                  Phone:  (323) 988-2400 ext. 267
                                                  Fax:    (866) 802-0021
                                                  Attorney for Plaintiff
                                                  FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

    Ginny L. Rodriguez
    Director of Compliance
    Enhanced Recovery Company, LLC
    8014 Bayberry Rd.
    Jacksonville, FL 32256

    /s/ Shireen Hormozdi
    Shireen Hormozdi
    Attorney for Plaintiff